UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No:  1:19-cv-04715

LINDSEY ADELMAN STUDIO, LLC, a
New York limited liability company, LINDSEY
ADELMAN, individually,

       Plaintiffs,

vs.

ZORA Lighting Co., Ltd., a Chinese
business entity; Liang Tang, individually,
and John Does Nos. 1 - 5,

       Defendants.

_____/

### Plaintiffs' Notice of Filing Exhibits to Declaration of Kevin Markow, Esq. filed in Support of Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue

Plaintiffs, Lindsey Adelman Studio, LLC, and Lindsey Adelman, individually, give notice of filing exhibits 1, 2 and 3, to the Declaration of Kevin Markow, Esq. (D. E. 5-2), filed in Support of Motion for Temporary Restraining Order and Order to Show Cause why a Preliminary Injunction Should not Issue (D.E.5), which were inadvertently omitted.  The Exhibits are appended here to as Exhibit '1", Exhibit "2", and Exhibit "3", respectively.

DATED: May 23, 2019.

                Respectfully submitted,

                Becker & Poliakoff, P.A.
                1 East Broward Blvd., Suite 1800
                Ft. Lauderdale, FL  33301
                Telephone:  (954) 987-7550
                Facsimile:  (954) 985-4176
                grosen@beckerlawyers.com
                kmarkow@beckerlawyers.com

oedwards7@beckerlawyers.com

By:_____ /s/ Gary Rosen
        Gary C. Rosen, Esq.
        NY Bar No. 5581616
        Kevin Markow, Esq.
        FL Bar No. 66982
        (pro hac vice pending)
        Oliver Edwards VII, Esq.
        NY Bar No. 5168174

LAW OFFICES
BECKER & POLIAKOFF, P.A.
1 EAST BROWARD BLVD. • SUITE 1800 • FT. LAUDERDALE, FL  33301
TELEPHONE (954) 987-7550